**No. 52069.**—Daniel Hays Co., Inc., et al. v. United States, protests 35785–K, etc. (New York).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of knit fabric the same in all material respects as the fabric of which the gloves the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333) were made. The claim of the plaintiffs was therefore sustained.